# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVIN MOOD,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CITY OF COSTA MESA, et al.,<br><br>　　　　　　　Defendant(s). | Case No. SACV 15-1154-SVW(KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to Title 28 of the United States Codes, section 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss are DENIED.

Dated: 11/22/16

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge