UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVIN MOOD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF COSTA MESA, et al.,<br><br>    Defendants. | Case No. SACV 15-1154-SVW (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff filed Objections to the Report and Recommendation and Defendants filed a Response the Objections. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: 1/25/18

HONORABLE STEPHEN V. WILSON
United States District Judge