JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

IVIN MOOD,                                                  Case No. SACV 15-1154-SVW (KK)

                                Plaintiff,

                        v.                                  JUDGMENT

CITY OF COSTA MESA, et al.,

                                Defendant(s).

        Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated:   January 25, 2018

                                                           _____
                                                           HONORABLE STEPHEN V. WILSON
                                                           United States District Judge